# EXHIBIT 1

The TEAM Companies
c/o Cyberscout
P.O. Box 3826
Suwanee, GA 30024

Exhibit 1

THE TEAM® COMPANIES

[redacted]

November 21, 2025

**Notice of Data Breach**

Dear James A Brockmeyer:

The TEAM Companies ("TTC") is writing to share with you some important information regarding a recent incident involving your personal information.

**What Happened?** On July 21, 2025, we detected unauthorized activity on our internal network. Upon discovering the incident, we isolated affected systems, notified federal law enforcement, and engaged third-party forensics experts at the direction of counsel to conduct a comprehensive review of our internal network and assist with investigation, containment, and remediation. The unauthorized activity appears to have occurred between July 15, 2025 and July 26, 2025.

**What Information Was Involved?** During the incident, the unauthorized party was able to access data containing your personal information. The personal information involved varied by individual but may have included your name, address, date of birth, government-issued identification number, financial account information, or health information.

**What We Are Doing.** We have eradicated the unauthorized access and taken steps to further safeguard our systems and information. We also have engaged a third party to conduct dark web monitoring to confirm that no information from our systems has been made available on the dark web. To date, there has been no indication that the data was sold, offered for sale, or published, nor has there been evidence of any further misuse of that data.

**What You Can Do.** While we are not aware of any actual or attempted fraud resulting from misuse of personal information or any financial harm to involved individuals as a result of this incident, as a protective measure, we are providing you with notice of this incident and access to the credit and identity monitoring services described below, so that you may take further steps to help protect your personal information, should you feel it is appropriate to do so.

As always, we encourage you to remain vigilant against incidents of identity theft and fraud, to review your account statements, and to monitor your free credit reports for suspicious activity and to detect errors. The enclosed "General Information About Identity Theft Protection" section provides additional information about what you can do.