JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JAMES BROCKMEYER,
Plaintiff,
v.
THE TEAM COMPANIES, LLC,
Defendant.

Case No. 2:25-cv-11956-FLA (RAOx)

**ORDER DISMISSING ACTION**

On May 21, 2026, Plaintiff James Brockmeyer ("Plaintiff") filed a Notice of Voluntary Dismissal, dismissing the lead consolidated action, *Siobhan Hudson et al v. The Team Companies, LLC*, 2:25-cv-11483-FLA (RAOx). Having considered the Notice of Voluntary Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action without prejudice.
3. Plaintiff shall file a Notice of Voluntary Dismissal in this member case, 2:25-cv-11956-FLA (RAOx), within five (5) business days of this Order.

IT IS SO ORDERED.

Dated: May 28, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge